# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1204
Lower Tribunal No. 16-12855
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Maricelia Soto,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Link & Rockenbach, P.A., and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach); Boyd Richards Parker & Colonnelli and John H. Richards and Matt Rook (Fort Lauderdale), for appellant.

Mintz Truppman, P.A., and Timothy H. Crutchfield, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.